GLENN E. WESTREICH (SBN 100457)
JASON M. GONDER (SBN 257522)
**HAYNES AND BOONE, LLP**
525 University Ave., Suite 400
Palo Alto, California 94301
Tel:  (650) 687-8800
Fax:  (650) 687-8701
Email: glenn.westreich@haynesboone.com

Attorneys for Defendant,
**RICHARD DEMARAY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER D. WHITE,<br><br>                    Plaintiff,<br><br>     v.<br><br>RICHARD DEMARAY,<br><br>                    Defendant. | Case No. 3:13-cv-5169 EDL<br><br>**[PROPOSED] ORDER PURSUANT TO STIPULATION MODIFYING TIME FOR FILING OF RESPONSIVE PLEADINGS** |

1 | Pursuant to the stipulation of the parties at the Federal Rule of Civil Procedure 16 case
2 | management conference on February 18, 2014:

3 | IT IS HEREBY ORDERED that any responsive pleadings to the First Amended Complaint
4 | filed on February 20, 2014 that are required by the Federal Rules of Civil Procedure may be filed
5 | no later than 14 days after the conclusion of the private mediation currently scheduled for April
6 | 25, 2014.

8 | DATED: March 6, 2014

Hon. Elizabeth D. Laporte
United States Magistrate Judge

11 | Read and Approved:

**GORDON-CREED, KELLEY
HOLL & SUGERMAN, LLP**

By: */s/ Charlie Y. Chou*
Charlie Y. Chou
Attorneys for Plaintiff
CHRISTOPHER D. WHITE