IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D WHITE, | No. C -13-05169(EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD E DEMARAY, | |
| Defendant. | |

On May 16, 2014, Plaintiff advised the Court that the parties had come to a general agreement about settlement, and requested an extension of the deadline to file a responsive pleading to allow the parties time to execute a formal settlement agreement, as well as a status conference. It is hereby ordered that the deadline for Defendant's responsive pleading is extended to July 31, 2014. The Court will hold a case management conference on July 29, 2014, at 10:00 am. The parties shall file a joint case management statement no later than July 22, 2014. The parties shall advise the Court if they reach a final settlement agreement before the case management conference.

**IT IS SO ORDERED.**

Dated: May 2?, 2014

_____
ELIZABETH D. LAPORTE
United States Chief Magistrate Judge