IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER D WHITE, | No. C -13-05169 EDL |
| Plaintiff, | **ORDER** |
| v. | |
| RICHARD E DEMARAY, | |
| Defendant. | |

On July 18, 2014, Plaintiff advised the Court that the parties are in the final stages of finalizing and executing a formal settlement agreement, and requested an extension of the deadline to file a responsive pleading to allow the parties time to execute a formal settlement agreement, and an extension of the case management conference currently set for July 29, 2014.  It is hereby ordered that the deadline for Defendant's responsive pleading is extended to August 14, 2014.  The Court will hold a case management conference on August 12, 2014, at 10:00 am.  The parties shall file a joint case management statement no later than August 5, 2014.  The parties shall advise the Court if they reach a final settlement agreement before the case management conference.

**IT IS SO ORDERED.**

Dated: July 21, 2014

ELIZABETH D. LAPORTE
United States Chief Magistrate Judge