Geoffrey Gordon-Creed, SBN 136188
Jeremy Sugerman, SBN 146315
Charlie Y. Chou, SBN 248369
**GORDON-CREED, KELLEY,**
**HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Tel: (415) 421-3100
Fax: (415) 421-3150

Attorneys for Plaintiff
**CHRISTOPHER D. WHITE**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER D. WHITE, an individual, | Case No. 3:13-cv-5169 EDL |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL WITH PREJUDICE** |
| RICHARD E. DEMARAY, an individual, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties to this action through their undersigned counsel of record that the above-captioned matter be and hereby is dismissed with prejudice pursuant to FRCP 41 (a)(l )(A)(ii).  Each party shall bear its own attorneys; fees and costs.


Dated: August 11,  2014                    GORDON-CREED, KELLEY,
                                           HOLL & SUGERMAN, LLP


                                  By:    _____/s/ Charlie Y. Chou_____
                                           Charlie Y. Chou
                                           Attorneys for Plaintiff
                                           CHRISTOPHER D. WHITE


Dated: August 11,  2014                    HAYNES AND BOONE, LLP


                                  By:    _____/s/ Glenn E. Westreich_____
                                           Glenn E. Westreich
                                           Attorneys for Defendant
                                           RICHARD E. DEMARAY


       I, Charlie Y. Chou, am the ECF User whose ID and password are being used to file this Stipulation. In compliance with General Order 45, X.B., I hereby attest that Glenn E. Westreich, Haynes and Boone, LLP, counsel for Defendant has concurred in this filing.


Dated: August 11, 2014            _____/s/ Charlie Y. Chou_____
                                           Charlie Y. Chou