Geoffrey Gordon-Creed, SBN 136188
Jeremy Sugerman, SBN 146315
Charlie Y. Chou, SBN 248369
**GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP**
222 Kearny Street, Suite 650
San Francisco, CA 94108
Tel: (415) 421-3100
Fax: (415) 421-3150

Attorneys for Plaintiff
**CHRISTOPHER D. WHITE**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| CHRISTOPHER D. WHITE, an individual, | Case No. 3:13-cv-5169 EDL |
| Plaintiff, | **NOTICE OF SETTLEMENT OF ENTIRE ACTION** |
| v. | |
| RICHARD E. DEMARAY, an individual, | |
| Defendant. | |

1 TO THE COURT AND TO ALL PARTIES:

2 PLEASE TAKE NOTICE that the above-captioned matter has been settled.

3 The next Court hearing is a Case Management Conference presently set for Tuesday, August 12, 2014. The parties respectfully request that the Case Management Conference be vacated from the Court's calendar.

Dated: August 11, 2014

GORDON-CREED, KELLEY,
HOLL & SUGERMAN, LLP

By: _____*/s/ Charlie Y. Chou*_____
Charlie Y. Chou
Attorneys for Plaintiff
CHRISTOPHER D. WHITE